# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| THEODA E. MILLS, JR., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:25-cv-01219-MTS |
| CITY OF ST. LOUIS, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's second Application to Proceed in District Court without Prepaying Fees or Costs. Doc. [5]; *see also* 28 U.S.C. § 1915(a) (governing *in forma pauperis* proceedings). "There is no question that proceeding *in forma pauperis* is a privilege, not a right, and permission to so proceed is committed to the sound discretion of the court." *Camp v. Oliver*, 798 F.2d 434, 437 (11th Cir. 1986); *accord Weaver v. Pung*, 925 F.2d 1097, 1099 n.4 (8th Cir. 1991). After a careful review of Plaintiff's Application, the Court will deny it because it demonstrates that it is feasible for Plaintiff to pay the filing fee. *See Longbehn v. United States*, 169 F.3d 1082, 1083 (7th Cir. 1999) (noting "every litigant has a legal responsibility to pay the filing and docketing fees to the extent feasible").

According to the information Plaintiff provided, his monthly income exceeds his monthly expenses by more than one thousand dollars. This difference, coupled with the fact that Plaintiff reports having $700 in cash or in a checking or savings account, allows him to pay the filing fee "without undue hardship." *Foster v. Cuyahoga Dep't of Health*

*& Hum. Servs.*, 21 F. App'x 239, 240 (6th Cir. 2001); *accord Wallace-Johnson v. Johnson Cnty. Mo. Sheriff Dep't*, 614 F. App'x 785 (5th Cir. 2015) (per curiam). Plaintiff has the means[*] to pay the congressionally created filing fee and still provide himself "with the necessities of life." *See Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). Therefore, to proceed in this action, Plaintiff must pay the $405 filing fee to the Court. *See* 28 U.S.C. § 1914(a).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs, Doc. [5], is **DENIED**. No later than **Friday, September 26, 2025**, Plaintiff shall pay the $405 filing fee to the Court. **Failure to do so will result in the dismissal of this action without prejudice and without further notice.**

Dated this 27th day of August 2025.

                                                                             */s/ Matthew T. Schelp*
                                                                             MATTHEW T. SCHELP
                                                                             UNITED STATES DISTRICT JUDGE

---

[*] In addition to his income and cash holdings, Plaintiff also reports miscellaneous assets worth four thousand dollars. In addition, he reports owning an automobile. While he reports that he pays $649.50 per month on a loan for the vehicle, which the Court considered, he does not identify the type of vehicle or its value.