## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

| | | |
|---|---|---|
| THEODA E. MILLS, JR., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:25-cv-01219-MTS |
| CITY OF ST. LOUIS, *et al.*, | ) ) ) | |
| Defendants. | ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on review of the file after Plaintiff has paid the required filing fee. Plaintiff is responsible for serving the Defendants in this matter pursuant to Rule 4 of the Federal Rules of Civil Procedure. To satisfy the service requirement, Plaintiff must either arrange for personal service under Rule 4(c) or obtain waivers of service under Rule 4(d). To effectuate personal service, Plaintiff must arrange for service of the summonses and Complaint by a qualified adult who is not a party to this action. To obtain the necessary summonses, he must complete and submit a "Notice of Intent to Use Private Process Server" form for each Defendant. On the "Notice of Intent" form, Plaintiff must include the name and address of the process server who will complete service. Once Plaintiff returns these forms, the Clerk's Office will issue the summonses and mail them to Plaintiff for service. After service is complete, Plaintiff must file returns of service with the Court.

Alternatively, Plaintiff may seek waivers of service by mailing each defendant a completed "Waiver of the Service of Summons" form, a copy of the Complaint, and a

self-addressed stamped envelope.  *See* Fed. R. Civ. P. 4(d).  If Plaintiff intends to request waiver of service, he must notify the Court of his intent to do so.  If a Defendant signs and returns the waiver, Plaintiff must file a copy of the signed waiver with the Court.  If a Defendant declines or fails to return the waiver, Plaintiff **must** proceed with personal service as described above.

Federal Rule of Civil Procedure 4(m) requires that all Defendants in this matter be served no later than Monday, November 10, 2025.  The Court will extend that deadline to **Wednesday**, **December 24, 2025**.  Plaintiff must have Defendants served by this date, or the action against any unserved Defendant will be dismissed without prejudice and without further notice.  *See* Fed. R. Civ. P. 4(m).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall serve, and file notice of such service, all Defendants in this matter no later than **Wednesday**, **December 24, 2025**.  If Plaintiff fails to do so, the Court will dismiss this action as to any unserved Defendant without prejudice.

Dated this 3rd day of October 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE