**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-1236

Dr. Theoda E. Mills, Jr.

Appellant

v.

City of St. Louis, Missouri, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:25-cv-01219-MTS)

---

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

September 15, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler